UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES W., | : | Case No. 3:21-cv-00151 |
| | : | |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | (by full consent of the parties) |
| vs. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Stipulation to Remand to the Commissioner.  (Doc. 13).  The parties agree that the prior non-disability finding should be vacated and that this matter should be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Appeals Council will remand the matter to an Administrative Law Judge (ALJ) for further proceedings. During said proceedings, the medical opinions of record will be reweighed under the relevant regulations, Plaintiff's residual functional capacity will be reassessed, and new vocational expert testimony will be obtained if needed.

### IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Stipulation to Remand to the Commissioner (Doc. No. 13) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' Stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

*/s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge