AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| James W., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:21-cv-00151 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for
further consideration consistent with this Decision and Entry; case is terminated on the docket of this Court.
.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Caroline H. Gentry _____ on a motion for

Date:    3/23/2022 _____

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk